# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Colt & Joe Trucking LLC

v.

U.S. Department of Labor

Case No. 25-2022

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

U.S. Department of Labor; Lori-Chavez-DeRemer, Secretary of Labor; Jessica Looman, Administrator, Wage and Hour Divvision

[Party or Parties][1]

Appellee

, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

Jennifer L. Utrecht

Name of Counsel

/s/ Jennifer Utrecht

Signature of Counsel

950 Pennsylvania Ave NW Room 7710 Washington DC 20530/ 202-353-9039

Mailing Address and Telephone Number

jennifer.l.utrecht@usdoj.gov

E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

03/20/2025
_____
Date

/s/ Jennifer L. Utrecht
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ___03/20/2025_____ I sent a copy of this Entry of Appearance
[date]

Form to:

_____

at_____,

the last known address/email address, by _____.
[state method of service]

03/20/2025
_____
Date

/s/ Jennifer L. Utrecht
_____
Signature