IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| COLT & JOE TRUCKING, LLC,<br>Plaintiff-Appellant,<br>v.<br>UNITED STATES DEPARTMENT OF LABOR, et al.,<br>Defendants-Appellees. | No. 25-2022 |

**STATUS REPORT**

Defendants-appellees United States Department of Labor, *et al.*, respectfully submit this status report in the above-captioned case.

As noted in the government's prior filings, the Department of Labor intends to reconsider the regulation at issue in this litigation. Consistent with the Department's expressed intent to reconsider the rule, the Wage and Hour Division published on May 1 a Field Assistance Bulletin providing that the Wage and Hour Division "will no longer apply the 2024 Rule's analysis when determining employee versus independent contractor status in FLSA investigations."[1]

In addition, on February 27, 2026, the Department published a Notice of Proposed Rulemaking (NPRM) in the Federal Register entitled "Employee or Independent Contractor Status Under the Fair Labor Standards Act, Family and

[1] https://www.dol.gov/sites/dolgov/files/WHD/fab/fab2025-1.pdf.

Medical Leave Act, and Migrant and Seasonal Agricultural Worker Protection Act." *See* 91 Fed. Reg. 9932. The NPRM provides for a 60-day comment period ending on April 28, 2026.

As these developments illustrate, the Department continues to move forward with its reconsideration of the 2024 Rule at issue in this case. Defendants will notify the Court of any relevant additional developments in their next status report. Consistent with this Court's order dated September 16, 2025, the government respectfully proposes to provide another status report apprising this Court of any developments in another 90 days or within 5 days of any development that materially affects the abatement of this appeal.

Respectfully submitted,

MICHAEL S. RAAB

**/s/ Jennifer L. Utrecht**
JENNIFER L. UTRECHT
(202) 353-9039
*Attorneys, Appellate Staff*
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave. N.W.
Room 7710
Washington, D.C. 20530

MARCH 2026

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system

**/s/ Jennifer L. Utrecht**
Jennifer L. Utrecht